RECEIVED
IN ALEXANDRIA, LA.
FEB - 2 2010
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOSHUA L. LIPSCOMB | CIVIL ACTION NO. 09-cv-511; SEC.P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| J LEVY DABADIE CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's Civil Rights Complaint be and is hereby **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

THUS ORDERED AND SIGNED at _Alexandria_, Louisiana, on this 2nd day of _February_, 2010.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE